THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ORLANDO PAONE and FRANK MUOIO, Appellants.

Submitted October 23, 1945; decided November 29, 1945.

*Merwin Morehouse* and *Anthony S. Picciotti* for appellants.
*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for respondent.

As to defendant Paone: Judgment affirmed. As to defendant Muoio: Judgments reversed and indictment dismissed upon the ground that the evidence was insufficient, as matter of law, to prove his guilt beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.